359 A.2d 366

**COMMONWEALTH of Pennsylvania**

v.

**John M. VROMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1975.

Decided July 6, 1976.

R. Charles Thomas, Bozic, Bozic, Thomas & Truax, Meadville, for appellant.

Paul D. Shafer, Jr., Dist. Atty., Bruce L. Smith, Asst. Dist. Atty., Meadville, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.